**GOOD GUSTAFSON AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar No. 220802)
*jrg@ggallp.com*
2330 Westwood Boulevard, No. 103
Los Angeles, California 90064
Tel.: (310) 274-4663

*Attorneys for Plaintiff*

**AMIN TALATI WASSERMAN, LLP**
William P. Cole,  Bar No. 186772
Matthew R. Orr,  Bar No. 211097
Richard L. Hyde,  Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:     (213) 933-2330
Fax: (312) 884-7352
william@amintalati.com
matt@amintalati.com
richard@amintalati.com

Attorneys *for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUNA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRAD'S RAW CHIPS, LLC,<br><br>          Defendant. | CASE NO. 4:23-cv-00926-KAW<br><br>**JOINT STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Argument Date: August 3, 2023 at 1:30PM<br>Assigned to:  Honorable Kandis A. Westmore, U.S.M.J. |

1
JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT'S REPLY

Pursuant to Civil Local Rule 6-2, Plaintiff, Jose Luna ("Plaintiff"), and Defendant, Brad's Raw Chips, LLC, ("Defendant"), by and through their respective counsel, stipulate and agree as follows:

**RECITALS**

1. Plaintiff filed the First Amended Complaint("Complaint") on June 1, 2023 (ECF No. 14).

2. Defendant filed a Motion to Dismiss the First Amended Complaint on June 12, 2023, and Plaintiff's deadline to file an opposition is scheduled for June 26, 2023.

3. In the course of meeting and conferring on scheduling issues, the Parties agreed to extend the deadline for filing Plaintiff's Opposition and Defendant's Reply.

4. Argument on Defendant's Motion is presently set for August 3, 2023.

5. The parties respectfully request that the deadline for the filing of Plaintiff's Opposition be extended to July 5, 2023 and Defendant's Reply be extended to July 14, 2023.

6. As a result of meeting and conferring, considering both parties' conflicting schedules, the complexities of the issues to be presented, the parties have agreed to: (a) extend Plaintiff's deadline to file his Opposition to Defendant's Motion to Dismiss to July 5, 2023; and (b) extend Defendant's deadline for filing its Reply to July 14, 2023. In that regard, the parties stipulate to the following schedule:

**STIPULATION**

7. Plaintiff shall his Opposition to Defendant's Motion to Dismiss on or before July 5, 2023.

8. The deadline for Defendant to file its Reply is hereby extended to July 14, 2023.

9. The hearing, if any, on Defendant's Motion will take place on August 3, 2023, or another date that is agreeable to this Court.

10. The stipulated schedule promotes justice and judicial economy, conserves the resources of the Court and parties, serves their convenience, will not prejudice any party and does not conflict with any other scheduled dates set by the Court.

IT IS SO STIPULATED.

DATED: June 23, 2023                                   **GOOD GUSTAFSON AUMAIS LLP**


By: /s/ J. Ryan Gustafson
      J. Ryan Gustafson, Esq.

*Attorneys for Plaintiff*

DATED: June 23, 2023                                   **AMIN TALATI WASSERMAN, LLP**

By: /s/ Matthew R. Orr
      Matthew R. Orr, Esq.

*Attorneys for Defendant*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: June 28, 2023                                   _____
      HONORABLE KANDIS A. WESTMORE,
      UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT'S REPLY

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED: June 23, 2023              **GOOD GUSTAFSON AUMAIS LLP**

By: _/s/ J. Ryan Gustafson_
J. Ryan Gustafson, Esq.

*Attorneys for Plaintiff*

4

JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT'S REPLY